IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. PEZANT, | 1:11-cv-00564-SMS-(PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| F. GONZALEZ, et al., | (ECF No. 7) |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On April 25, 2011, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on April 21, 2011, IT IS HEREBY ORDERED THAT plaintiff's application of April 25, 2011, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   April 26, 2011          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE