1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. PEZANT, | CASE NO. 1:11-cv–00564-BAM PC |
| Plaintiff, | ORDER STRIKING FIRST AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| F. GONZALEZ, et al., | (ECF No. 15) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff Jason R. Pezant is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2012, Plaintiff's complaint was dismissed with leave to amend. In the order dismissing the complaint, Plaintiff was advised that his amended complaint "must use letters no smaller than used in the instant order, Times New Roman 12." On February 13, 2012, Plaintiff filed a first amended complaint. Upon review of the first amended complaint, the Court finds that Plaintiff's first amended complaint does not comply with the order issued January 17, 2012. Accordingly, Plaintiff's first amended complaint shall be stricken from the record. Plaintiff shall be granted one final opportunity to file a first amended complaint in compliance with the order issued on January 17, 2012.

The Court notes that Plaintiff requested reconsideration of the prior order in his first amended complaint. Plaintiff is advised that he may not combine a motion for reconsideration with his amended complaint. If Plaintiff wishes to file a motion for reconsideration, Plaintiff must do so in a separate filing.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Plaintiff's first amended complaint, filed February 13, 2012, is STRICKEN FROM

3          THE RECORD;

4    2.    Within thirty days from the date of service of this order, Plaintiff shall file a first

5          amended complaint in compliance with the order issued January 17, 2012; and

6    3.    If Plaintiff fails to file a first amended complaint in compliance with the order issued

7          January 17, 2012, this action shall be dismissed for failure to comply with a court

8          order.

9    IT IS SO ORDERED.

10   **Dated:**    **April 6, 2012**              /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28