UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. PEZANT,<br><br>        Plaintiff,<br><br>    v.<br><br>F. GONZALEZ, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-00564-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS<br><br>RESPONSE DUE IN 10 DAYS |

      Plaintiff Jason R. Pezant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's amended complaint against Defendants Turmezei, Buechner, and Jakabosky for using allegedly vague and overbroad regulations to validate Plaintiff as a gang member.

      At this time, the action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction. (ECF No. 5.) The record reflects that Defendants Turmezei, Buechner and Jakabosky have not filed a valid consent or decline form despite appearing in this action. Therefore, Defendants shall notify the Court within ten (10) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

///

///

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Defendants a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Within 10 days from the date of this order, Defendants shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated: **September 25, 2013**       /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE